| | |
|---|---|
| Gregg A. Matson, Cal. Bar No. 145377<br>McANDREWS, ALLEN & MATSON, P.C.<br>1705 Walnut Avenue<br>Manhattan Beach, California 90266<br>Telephone: 310-866-8750<br>Facsimile: 310-451-3858<br><br>Steven H. Mustoe KS 15212 \| MO 33060<br>EVANS & DIXON, LLC<br>Corporate Woods \| Building 82<br>10851 Mastin Blvd., Suite 900<br>Overland Park, Kansas 66210<br>Telephone: 913-701-6810<br>Facsimile: 913-341-2293<br>Email: copyright@evans-dixon.com<br>(Admitted Pro Hac Vice)<br>ATTORNEYS FOR PLAINTIFF<br>JOSEPH R. TOMELLERI | Anthony J. Weibell, State Bar No. 238850<br>Jamie Y. Otto, State Bar No. 295099<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: aweibell@wsgr.com<br>Email: jotto@wsgr.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>　　　Plaintiff,<br><br>vs.<br><br>TEESPRING, INC. and<br><br>DOE DEFENDANTS,<br><br>　　　Defendants. | Case Number: 3:19-cv-03162-RS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

COMES NOW Plaintiff Joseph R. Tomelleri, by and through his attorneys of record, and Defendant Teespring, by and through its attorneys of record, and notify the Court the parties have settled this matter. Consequently, pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate and agree that all claims asserted, or that could have been asserted, by the parties in the above-entitled action may be and hereby are dismissed with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice may be entered in the above-captioned action pursuant to this stipulation of dismissal with prejudice, with the

Court retaining jurisdiction over enforcement of the settlement. Each party to bear its own costs and attorney fees.

WHEREFORE the parties pray for an Order from the Court dismissing this case with prejudice and retaining jurisdiction over enforcement of the settlement.

Dated: August 5, 2020.   /s/ Gregg A. Matson

Gregg A. Matson
McANDREWS, ALLEN & MATSON, P.C.

Dated: August 5, 2020.   /s/ Jamie Y. Otto

Jamie Y. Otto
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   8/10/2020

RICHARD SEEBORG
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on August 5, 2020, the foregoing stipulated motion was electronically filed with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

    /s/ Gregg A. Matson
Gregg A. Matson
McANDREWS, ALLEN & MATSON, P.C.